IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**FILED IN OPEN COURT.**

DATE: _10·5·5_

TIME: _10:11 AM_

INITIALS: _E_

UNITED STATES OF AMERICA

V.                                            Cr. No. 05-20355-Ma

LOUIS RAY

## ORDER SPECIFYING PERIOD OF
## DELAY EXCLUDABLE UNDER SPEEDY TRIAL ACT

The arraignment in the above-styled case has been continued until Wednesday, 10/12/05 at 10:00 a.m. Counsel for the defendant was not present at arraignment on this date. The ends of justice served by continuing the hearing outweigh the best interest of the public and the defendant in a speedy trial.

The Court finds that the grounds for this delay justify excluding the period of 10/05/05 to 10/12/05 as excludable delay under Title 18 U.S.C. § 3161(h)(8)(A) and (h)(8)(B)(iv), to allow the defendant continuity of counsel.

**Arraignment is RESET for Wednesday, October 12, 2005 at 10:00 a.m. before Magistrate Judge Pham.**

IT IS SO ORDERED.

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: _October 05, 2005_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-11-05_

12

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CR-20355 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT